**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1579**

JEROME JULIUS BROWN, SR.,

Plaintiff - Appellant,

v.

JOHN TUCKER FARNUM, Et esq, Attorney Case 1:18-cv-370 Granted Conversion; JOSH BOGGAN, Department of Health Professions, Case Intake Manager, Enforcement Division; JOHN GAUL, General counsel for all legal affairs; RINA BANSAL, MD MBA, President INOVA Hospitals Alexandria & Falls Church,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael S. Nachmanoff, District Judge.  (1:22-cv-00191-MSN-TCB)

Submitted:  July 13, 2023                                            Decided:  July 18, 2023

Before NIEMEYER, AGEE, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Julius Brown, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr., appeals the district court's orders dismissing his civil complaint and denying his motion to reopen or reconsider. We have reviewed the record and find no reversible error.[*] *See* 28 U.S.C. § 1915(e)(2)(B); Fed. R. Civ. P. 12(h)(3). Accordingly, we affirm the district court's orders. *Brown v. Farnum*, No. 1:22-cv-00191-MSN-TCB (E.D. Va. May 6, 2022; filed Apr. 1, 2022, entered Apr. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We note that the magistrate judge granted Brown's second motion to proceed in the district court without prepaying fees or costs on March 3, 2022.